762 A.2d 1084

Jorge F. FERRER, M.D., Petitioner,

v.

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, Michael Aiken, Provost, Barry S. Cooperman, Vice–Provost for Research, Edwin Andrews, Dean of School of Veterinary Medicine, and Jeffrey Roberts, Associate Dean of School of Veterinary Medicine, Respondents.

Supreme Court of Pennsylvania.

Dec. 7, 2000.

## *O R D E R*

PER CURIAM:

**AND NOW,** this 7th day of December, 2000, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the following two issues:

1. Whether the Superior Court erred in finding that petitioner did not sustain compensable damages and thus was unable to establish that he suffered harm from the University's breach of contract.

2. Whether the Superior Court erred in finding that the jury instructions at issue were insufficient and would warrant a new trial.